Kimberley C. Weber (SBN 14434)
**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**
1630 South Commerce Street, Suite A-1
Las Vegas, NV 89102
Tel: (702)386-5107
Fax: (702)386-9848
E-mail:  kweber@msh.law

*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED PARCEL SERVICE, INC., a corporation<br><br>                  Petitioner,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 631,<br><br>                  Respondent. | Case No. 2:23-cv-00302-JCM-DJA<br><br>STIPULATION TO EXTEND TIME TO FILE ANSWER (FIRST REQUEST) |

**STIPULATION TO EXTEND TIME TO FILE ANSWER (FIRST REQUEST)**

**WHEREAS**, Petitioner United Parcel Service, Inc. filed this action against Respondent International Brotherhood of Teamsters, Local 631 in the United States District Court for Nevada;

**WHEREAS**, Petitioner asked and Respondent agreed to waive service on March 9, 2023, and Respondent's response to the petition is due on May 8, 2023;

**WHEREAS**, the parties have on-going discussions regarding the issues underlying the complaint and, in light of the discussions, Respondent has asked for additional time to answer, move, or otherwise respond to the petition, and Petitioner has agreed thereto;

**WHEREAS**, this is the first stipulation for extension of time to file a response;

**NOW, THEREFORE**, the parties hereby agree and stipulate to the following:

Respondent's time to answer, move, or otherwise respond to the Petition to Vacate is extended thirty days up to and including Thursday, June 7, 2023.

Dated: March 27, 2023         Respectfully submitted,

                              EPSTEIN, BECKER & GREEN, PC

                              By: /s/ Neresa De Biasi
                              Neresa De Biasi
                              *Attorneys for Petitioner*

Dated: March 27, 2023         MCCRACKEN, STEMERMAN & HOLSBERRY, LLP

                              By: /s/ Kimberley C. Weber
                              Kimberley C. Weber
                              *Attorneys for Defendant*

IT IS SO ORDERED:

Dated: March 28, 2023

                              _____
                              DANIEL J. ALBREGTS
                              UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of March 2023, I electronically filed **RESPONDENTS STIPULATION TO EXTEND TIME TO FILE ANSWER (FIRST REQUEST)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Executed this 27th Day of March, 2023

*Marcie Boyle*
Marcie Boyle